No. 346. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* BOWERS, ADMINISTRATRIX.

Argued February 1, 2, 1938. Decided February 7, 1938. *Per Curiam:* The judgment is reversed upon the authority of *Tyler* v. *United States,* 281 U. S. 497. MR. JUSTICE CARDOZO and MR. JUSTICE REED took no part in the consideration or decision of this case. *Mr. Andrew D. Sharpe,* with whom *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Morton K. Rothschild* were on the brief, for petitioner. *Mr. Jay E. Darlington,* with whom *Mr. William N. Haddad* was on the brief, for respondent. By leave of Court, *Mr. John E. Hughes* filed a brief as *amicus curiae,* in support of respondent.

